# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DISTRICT

| | |
|---|---|
| WOLF TECHNOLOGIES, INC. et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 16-6110-W-FJG |
| MORGAN CONSULTING GROUP, INC., et al., | ) ) ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Plaintiffs and Defendants hereby submit the following status report:

1. Mediation was held on October 8, 2018, at which time a settlement was reached and a five (5) page term sheet executed by all parties and their counsel.

2. The settlement called for the first installment of settlement proceeds to be paid on or before October 8, 2018. The first installment payment was timely made by Defendants.

3. The parties are diligently working out the language on a more formal Settlement Agreement to supplement the terms of the term sheet executed at mediation.

4. The parties anticipate the more formal Settlement Agreement will be finalized and executed no later than November 26, 2018, at which time the lawsuit will be dismissed.

5. Should the matter not be dismissed on or before November 26, 2018, the parties will file a supplemental status report updating the Court on the status.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court take no action on this matter up to and through November 26, 2018.

Respectfully Submitted,

| SHAFFER LOMBARDO SHURIN PC | HOVEY WILLIAMS, LLP |
|---|---|
| /s/ *James D. Myers* | By: *Cheryl L. Burbach* |
| James D. Myers #46374 | Cheryl L. Burbach #48605 |
| Kathleen Kopach Woods #34413 | Dianne M. Smith-Misemer #51487 |
| Michael F. Barzee #65764 | C. Blair Barbieri #67941 |
| 2001 Wyandotte Street | 10801 Mastin Boulevard, Suite 1000 |
| Kansas City, MO 64108 | 84 Corporate Woods |
| 816-931-0500 – phone | Overland Park, Kansas 66210 |
| 816-931-5775 - facsimile | (913) 647-9050 |
| jmyers@sls-law.com | (913) 647-9057 FAX |
| kwoods@sls-law.com | cburbach@hoveywilliams.com |
| mbarzee@sls-law.com | dsmisemer@hoveywilliams.com |
| ATTORNEYS FOR PLAINTIFFS | bbarbieri@hoveywilliams.com |
| | ATTORNEYS FOR DEFENDANTS |